# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| WANNA PLAY PRODUCTS INC. DBA AMAZON STOREFRONT CALMEROOS | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:20-cv--00010-AT |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| ROBERT EMERY, SNUGGLE PET PRODUCTS, LLC DBA SmartPetLove, and DOE 1 | ) ) ) ) | |
| Defendants. | | |

## <u>PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Wanna Play

Products Inc. doing business as Amazon Storefront Calmeroos hereby

voluntarily dismisses all claims against Defendants without prejudice.

Each Party will bear its own expended attorney's fees and court costs.

-----------------*Signature Page Follows*-----------------

Respectfully submitted, this February 10, 2020.

By:    /s/ Jeffrey T. Breloski
        Jeffrey T. Breloski
        Georgia Bar No. 858291
        Florida Bar No. 18077
        DC Bar No. 974356
        USPTO Reg. No. 60,952
        E-mail: jbreloski@ATLawip.com

ATLAWIP LLC
1265 Stuart Ridge
Johns Creek, Georgia 30022
678.667.3491

James Claus
Pro Hac Vice to Be Applied
Florida Bar No. 49847
USPTO Reg. No.62,173
Email: james.claus@onebox.com

JAMES CLAUS, ATTORNEY
4516 NW 37th Terrace
Gainesville, FL 32605
352.575.8338

*Attorneys for Plaintiff*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1D, the undersigned counsel certify that the foregoing has been prepared in Book Antiqua 13 point, one of the four fonts and points approved by the Court in LR 5.1C.

By: /Jeffrey T. Breloski
Jeffrey T. Breloski
Georgia Bar No. 858291
Florida Bar No. 18077
DC Bar No. 974356
USPTO Reg. No. 60,952
E-mail: jbreloski@ATLawip.com

## CERTIFICATE OF SERVICE

I also certify that I have electronically filed a copy of the foregoing and understand that notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and that parties may access this filing through the CM/ECF system.

Dated: February 10, 2020

/s/ Jeffrey T. Breloski
Jeffrey T. Breloski
Georgia Bar No. 858291
E-mail: jbreloski@ATLawip.com

3